# EXHIBIT A

**McGee Court Reporting Services and 3-2-1 Legal Video**

# Invoice

79 W. Monroe
Suite 1011
Chicago, IL 60603

(T) 312/263-2881   (F) 312/263-3637

| Date | Invoice # |
|---|---|
| 3/16/2015 | 3594 |

**Bill To**

Devlin J. Schoop, Esq.
Laner Muchin Dombrow Becker
Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610

EIN # 36-4426587

| Due Date |
|---|
| 3/16/2015 |

| Serviced | Item | Professional Services Rendered as Follows | Hrs/pgs | Rate | Amount |
|---|---|---|---|---|---|
| 3/5/2015 | Attendance (... | By: Loretta Tyska, CSR | 2.5 | 65.00 | 162.50 |
| | | RE: W. R. Weis Company, Inc. vs. Laborers' Pension Fund Case No. 51-621-0883-13 Deposition of Timothy Kalnes | | | |
| | | Attendance | | | |
| | Transcript Or... | Transcript of Proceeding Original/Priority Delivery | 119 | 4.25 | 505.75 |
| | Misc. Expense | Hyperlinked Exhibits | 51 | 0.35 | 17.85 |
| | Real Time Se... | Real Time Service | 119 | 2.00 | 238.00 |

DATE PAID 3/24/15
CHECK # 64228
924.10

/2/

It is our pleasure to serve your court reporting needs.

**Total**  $924.10

Sent DJS email 4/13/15

**ESQUIRE**
Chicago
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ254924

| Invoice Date | 02/10/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 03/12/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DEVLIN SCHOOP ,ESQ.
LANER, MUCHIN, DOMBROW, BECKER, LEVIN &
SUITE 2800
515 NORTH STATE STREET
CHICAGO, IL 60654

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/05/2014 | LOCAL 701 VS. FULL CIRCLE GROUP | 250233 | 02/06/2015 | E-MAIL |

**Description**

Copy Deposition for DEBORAH BOWEN, 12/05/2014 (CHICAGO, IL)

Copy Deposition for MARK HANNAH, 12/05/2014 (CHICAGO, IL)

DATE PAID 4/22/15
CHECK # 64546
AMOUNT $ 631.30

121

ETRAN ONLY; TRANSCRIPT BACKORDER

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 03/27/2015** | **$ 631.30** |
| Amount Due After 03/27/2015 | $ 694.43 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

**ESQUIRE**

DEVLIN SCHOOP ,ESQ.
LANER, MUCHIN, DOMBROW, BECKER, LEVIN &
SUITE 2800
515 NORTH STATE STREET
CHICAGO, IL 60654

| | |
|---|---|
| Invoice #: | ESQ254924 |
| Payment Due: | 03/12/2015 |
| **Amount Due On/Before 03/27/2015** | **$ 631.30** |
| Amount Due After 03/27/2015 | $ 694.43 |

Remit to:

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

193 0000254924 02102015 9 000063130 9 03122015 03272015 2 000069443 11

# Certified Shorthand Reporters
# Scheff & Associates

*Tel. (312) 214-1994*
*Fax (312) 214-1995*

8873.3

| | Date | Invoice # |
|---|---|---|
| | 2/24/2015 | 11264 |

**Bill To**
Devlin Schoop
Laner, Muchin, Ltd.
515 North State Street
28th Floor
Chicago, Illinois 60654

**Ship To**

| IN RE: | REPORTER | JOB DATE | CASE # | DEPONENT |
|---|---|---|---|---|
| Local 701 vs. Full Circle | Bostetter | 12/22/2014 | 13 CV 5868 | Two Depositions |

| DESCRIPTION | PAGES | AMOUNT |
|---|---|---|
| BACKORDER OF DEPOSITION TRANSCRIPTS | | |
| Deposition of Amando Sanchez | | |
| Copy of Deposition Transcript - Regular Delivery: | 73 | 219.00 |
| PDF Formatting of Certified Electronic Transcript: | | 40.00 |
| Deposition of Martin Shanahan | | |
| Copy of Deposition Transcript - Regular Delivery: | 77 | 231.00 |
| PDF Formatting of Certified Electronic Transcript: | | 40.00 |

DATE PAID 5.15.15
CHECK # 64696
AMOUNT $ 530 00

/2/

**All Major Credit Card Payments Accepted**

TAX ID# 36-4187831

**Total** $530.00

INVOICE DUE UPON RECEIPT. $30 SERVICE CHARGE WILL BE ASSESED EACH MONTH THIS INVOICE REMAINS UNPAID AFTER 30 DAYS.

**Payments/Credits** $0.00

**Balance Due** $530.00

OK to pay
Full Circle Group
DJS

221 N. LaSalle St., Suite 1950, Chicago, IL 60601
scheffcsr@sbcglobal.net    www.scheffreporting.com

# EXHIBIT B

```
INQUIRY : Case      - reference                                      11:06am 15 JUL 15

Client  : 8873          FULL CIRCLE GROUP INC.
Case    : 3             AUTO MECHANICS LOCAL 701 WITHD               Status : Active

Action type    : All cost
Summary....Time..........Fees.........Cost.adv........Cost.inc........Total
Billed                                    2,132.15         401.70      2,533.85
.Ref .Date..      Cde.desc Orgtme Orgrte .....Orgamt ..Time..Rate .....Amt $
52   03/21/14 | Miscellan                                              7.00  I
     Fp:1404 | Bth:14437*25 | Inv:441929
     Comments : Petty Cash 219 S. Dearborn
85   04/15/14 | Miscellan                                              6.00  I
     Fp:1405 | Bth:14449*24 | Inv:443687
     Comments : Petty Cash 219 S. Dearborn
103  07/01/14 | Miscellan                                             14.00  I
     Fp:1407 | Bth:14496*57 | Inv:447772
     Comments : Petty Cash 219 S. Dearborn
136  09/02/14 | Copy Char                                            176.55  I
     Fp:1409 | Bth:14519*1223 | Inv:453632
     Source  : ASCIIC
     Comments : 1177 Copies
137  09/12/14 | Copy Char                                             41.85  I
     Fp:1409 | Bth:14519*1224 | Inv:453632
     Source  : ASCIIC
     Comments : 279 Copies
138  09/12/14 | Copy Char                                              0.15  I
     Fp:1409 | Bth:14519*1225 | Inv:453632
     Source  : ASCIIC
     Comments : 1 Copies
171  11/06/14 | Miscellan                                              5.75  I
     Fp:1411 | Bth:14540*45 | Inv:457806
     Comments : Petty Cash 300 W. Wacker Dr.
191  11/06/14 | Copy Char                                             36.00  I
     Fp:1411 | Bth:14546*1210 | Inv:457806
     Source  : ASCIIC
     Comments : 240 Copies
233  02/18/15 | Copy Char                                             29.70  I
     Fp:1502 | Bth:14581*1153 | Inv:462078
     Source  : ASCIIC
     Comments : 198 Copies
234  03/03/15 | Miscellan                                              7.00  I
     Fp:1503 | Bth:14590*12 | Inv:463515
     Comments : Petty Cash 219 S. Dearborn
235  03/17/15 | Miscellan                                              7.00  I
     Fp:1503 | Bth:14590*63 | Inv:463515
```

```
INQUIRY       - Case       - reference                                      11:06am 15 JUL 15

Client    : 8873              FULL CIRCLE GROUP INC.
Case      : 3                 AUTO MECHANICS LOCAL 701 WITHD                Status : Active

..Ref ..Date..  Cde.desc  Orgtme  Orgrte .....Orgamt ...Time ...Rate ......Amt  S
        Comments : Petty Cash 219 S. Dearborn

236     03/03/15 Copy Char
        Fp:1503 | Bth:14592*1054 | Inv:463515                      41.55                     I
        Source   : ASCIIC
        Comments : 277 Copies

237     03/05/15 Copy Char
        Fp:1503 | Bth:14592*1055 | Inv:463515                       0.15                     I
        Source   : ASCIIC
        Comments : 1 Copies

238     03/17/15 Copy Char
        Fp:1503 | Bth:14592*1056 | Inv:463515                      43.05                     I
        Source   : ASCIIC
        Comments : 287 Copies

239     03/17/15 Copy Char
        Fp:1503 | Bth:14592*1057 | Inv:463515                       3.60                     I
        Source   : ASCIIC
        Comments : 24 Copies

267     03/23/15 Transcrip
        Fp:1504 | Bth:14596*114 | Chk: 1/064228,03/24/15 | Inv:466105    924.10               I
        Source   : AP 01,00000313,3594
        Comments : MCGEE COURT            Payee:MCGEE COURT REPORT

270     03/25/15 Copy Char
        Fp:1504 | Bth:14608*1251 | Inv:466080                       0.30           0.00       I
        Source   : ASCIIC
        Comments : 2 Copies

271     04/22/15 Depositio
        Fp:1505 | Bth:14610*16 | Chk: 1/064546,04/22/15 | Inv:466295    631.30               I
        Source   : AP 01,00000460,ESQ254924 | Payee:ESQUIRE DEPOSITION
        Comments : ESQUIRE

272     05/05/15 Pacer - C
        Fp:1505 | Bth:14621*342 | Chk: 1/064634,05/05/15 | Inv:466295     29.10               I
        Source   : AP 01,PACER,65893 | Payee:PACER SERVICE CENT

273     05/15/15 Transcrip
        Fp:1505 | Bth:14621*343 | Chk: 1/064696,05/15/15 | Inv:466295    530.00               I
        Source   : AP 01,00000420,11264 | Payee:SCHEFF & ASSOCIATE
        Comments : SCHEFF
```