**EXHIBIT A**


*Sent DJS email 4/13/15*


**Chicago**
2700 Centennial Tower
101 Marietta Street
Atlanta, GA 30303



**Remit to:**
Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Tax Number: 45-3463120
Toll Free (800) 211-DEPO
Fax (856) 437-5009

### Invoice # ESQ254924

| Invoice Date | 02/10/2015 |
|---|---|
| Terms | NET 30 |
| Payment Due | 03/12/2015 |
| Date of Loss | |
| Name of Insured | |
| Adjustor | |
| Claim Number | |

DEVLIN SCHOOP ,ESQ.
LANER, MUCHIN, DOMBROW, BECKER, LEVIN &
SUITE 2800
515 NORTH STATE STREET
CHICAGO, IL 60654

| Assignment | Case | Assignment # | Shipped | Shipped Via |
|---|---|---|---|---|
| 12/05/2014 | LOCAL 701 VS. FULL CIRCLE GROUP | 250233 | 02/06/2015 | E-MAIL |

**Description**

Copy Deposition for DEBORAH BOWEN, 12/05/2014 (CHICAGO, IL)

Copy Deposition for MARK HANNAH, 12/05/2014 (CHICAGO, IL)

*DATE PAID 4/22/15*
*CHECK # 64546*
*AMOUNT $ 631.36*
*121*

ETRAN ONLY; TRANSCRIPT BACKORDER

| | |
|---|---|
| Tax: | $ 0.00 |
| Paid: | $ 0.00 |
| **Amount Due On/Before 03/27/2015** | **$ 631.30** |
| Amount Due After 03/27/2015 | $ 694.43 |

---

Tax Number: 45-3463120

Please detach and return this bottom portion with your payment
or pay online at **www.esquireconnect.com**

VISA  MasterCard  DISCOVER  AMERICAN EXPRESS

| | |
|---|---|
| Invoice #: | ESQ254924 |
| Payment Due: | 03/12/2015 |
| **Amount Due On/Before 03/27/2015** | **$ 631.30** |
| Amount Due After 03/27/2015 | $ 694.43 |

DEVLIN SCHOOP ,ESQ.
LANER, MUCHIN, DOMBROW, BECKER, LEVIN &
SUITE 2800
515 NORTH STATE STREET
CHICAGO, IL 60654

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099
www.esquiresolutions.com

Thank you for your business!

193 0000254924 02102015 9 000063130 9 03122015 03272015 2 000069443 11

# Certified Shorthand Reporters
# Scheff & Associates

*Tel. (312) 214-1994*
*Fax (312) 214-1995*

*[handwritten: OJW PPS111 8873.3]*

| Date | Invoice # |
|---|---|
| 2/24/2015 | 11264 |

**Bill To**
Devlin Schoop
Laner, Muchin, Ltd.
515 North State Street
28th Floor
Chicago, Illinois 60654

**Ship To**

| IN RE: | REPORTER | JOB DATE | CASE # | DEPONENT |
|---|---|---|---|---|
| Local 701 vs. Full Circle | Bostetter | 12/22/2014 | 13 CV 5868 | Two Depositions |

| DESCRIPTION | PAGES | AMOUNT |
|---|---|---|
| BACKORDER OF DEPOSITION TRANSCRIPTS | | |
| Deposition of Amando Sanchez | | |
| Copy of Deposition Transcript - Regular Delivery: | 73 | 219.00 |
| PDF Formatting of Certified Electronic Transcript: | | 40.00 |
| Deposition of Martin Shanahan | | |
| Copy of Deposition Transcript - Regular Delivery: | 77 | 231.00 |
| PDF Formatting of Certified Electronic Transcript: | | 40.00 |

*[handwritten stamp: DATE PAID 5.15.15 / CHECK # 6464 / AMOUNT $ 530.00]*

*[handwritten: 121]*

**All Major Credit Card Payments Accepted**

TAX ID#
36-4187831

**Total** $530.00

INVOICE DUE UPON RECEIPT. $30 SERVICE CHARGE WILL BE ASSESED EACH MONTH THIS INVOICE REMAINS UNPAID AFTER 30 DAYS.

**Payments/Credits** $0.00

**Balance Due** $530.00

*[handwritten: OK to pay / Full Circle Group / DJS]*

221 N. LaSalle St., Suite 1950, Chicago, IL 60601
scheffcsr@sbcglobal.net     www.scheffreporting.com

**EXHIBIT B**

```
INQUIRY : Case      - reference                                    11:06am 15 JUL 15
Client  : 8873      FULL CIRCLE GROUP INC.
Case    : 3         AUTO MECHANICS LOCAL 701 WITHD     Status : Active

Action type.....: All cost
Summary.........: Time          Fees         Cost.adv        Cost.inc         Total
 Billed                                      2,132.15          401.70      2,533.85
 Ref  Date. Cde.desc Orgtme Orgrte                           Orgamt        Time       Amt S
  52 03/21/14 Miscellan | Bth:14437*25 | Inv:441929                          7.00       I
  85 04/15/14 Miscellan | Bth:14449*24 | Inv:443687                          6.00       I
     Fp:1405
     Comments : Petty Cash 219 S. Dearborn
 103 07/01/14 Miscellan | Bth:14496*57 | Inv:447772                         14.00       I
     Fp:1407
     Comments : Petty Cash 219 S. Dearborn
 136 09/02/14 Copy char | Bth:14519*1223 | Inv:453632                      176.55       I
     Fp:1409
     Source   : ASCIIC
     Comments : 1177 Copies
 137 09/12/14 Copy char | Bth:14519*1224 | Inv:453632                       41.85       I
     Fp:1409
     Source   : ASCIIC
     Comments : 279 Copies
 138 09/12/14 Copy char | Bth:14519*1225 | Inv:453632                        0.15       I
     Fp:1409
     Source   : ASCIIC
     Comments : 1 Copies
 171 11/06/14 Miscellan | Bth:14540*45 | Inv:457806                          5.75       I
     Fp:1411
     Comments : Petty Cash 300 W. Wacker Dr.
 191 11/06/14 Copy char | Bth:14546*1210 | Inv:457806                       36.00       I
     Fp:1411
     Source   : ASCIIC
     Comments : 240 Copies
 233 02/18/15 Copy char | Bth:14581*1153 | Inv:462078                       29.70       I
     Fp:1502
     Source   : ASCIIC
     Comments : 198 Copies
 234 03/03/15 Miscellan | Bth:14590*12 | Inv:463515                          7.00       I
     Fp:1503
     Comments : Petty Cash 219 S. Dearborn
 235 03/17/15 Miscellan | Bth:14590*63 | Inv:463515                          7.00       I
     Fp:1503
```

```
INQUIRY : Case       - reference                                           11:06am 15 JUL 15

Client   : 8873     FULL CIRCLE GROUP INC.
Case     : 3        AUTO MECHANICS LOCAL 701 WITHD                         Status : Active

..Ref ..Date.. Cde.desc  Orgtme Orgrte ...Orgamt ...Time ..Rate .......Amt S
 236  03/03/15  Copy Char
      Fp:1503 | Bth:14592*1054 | Inv:463515                                          41.55  I
      Source   : ASCIIC
      Comments : 277 Copies
 237  03/05/15  Copy Char
      Fp:1503 | Bth:14592*1055 | Inv:463515                                           0.15  I
      Source   : ASCIIC
      Comments : 1 Copies
 238  03/17/15  Copy Char
      Fp:1503 | Bth:14592*1056 | Inv:463515                                          43.05  I
      Source   : ASCIIC
      Comments : 287 Copies
 239  03/17/15  Copy Char
      Fp:1503 | Bth:14592*1057 | Inv:463515                                           3.60  I
      Source   : ASCIIC
      Comments : 24 Copies
 267  03/23/15  Transcrip
      Fp:1504 | Bth:14596*114 | Chk: 1/064228,03/24/15 | Inv:466105                 924.10  I
      Source   : AP 01,00000313,3594 | Payee:MCGEE COURT REPORT
      Comments : MCGEE COURT
 270  03/25/15  Copy Char
      Fp:1504 | Bth:14608*1251 | Inv:466080                                           0.30  I
      Source   : ASCIIC
      Comments : 2 Copies                                                             0.00
 271  04/22/15  Depositio
      Fp:1505 | Bth:14610*16 | Chk: 1/064546,04/22/15 | Inv:466295                  631.30  I
      Source   : AP 01,00000460,ESQ254924 | Payee:ESQUIRE DEPOSITION
      Comments : ESQUIRE
 272  05/05/15  Pacer - C
      Fp:1505 | Bth:14621*342 | Chk: 1/064634,05/05/15 | Inv:466295                  29.10  I
      Source   : AP 01,PACER,65893 | Payee:PACER SERVICE CENT
 273  05/15/15  Transcrip
      Fp:1505 | Bth:14621*343 | Chk: 1/064696,05/15/15 | Inv:466295                 530.00  I
      Source   : AP 01,00000420,11264 | Payee:SCHEFF & ASSOCIATE
      Comments : SCHEFF
```